# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
APR 5 2006
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

---

UNITED STATES OF AMERICA,

              Plaintiff,

-vs-

$18,395 IN UNITED STATES CURRENCY,

              Defendant.

**JUDGMENT IN A CIVIL CASE**
Civil Action No. 06-CV-00009 (NAM)

---

WHEREAS, by virtue of the Order Directing Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on April 5, 2006, it is hereby

ORDERED, ADJUDGED AND DECREED, that the property known as $18,395 in United States Currency be forfeited to the United States of America for disposition in accordance with law.

April 5, 2006
Date

Lawrence K. Baerman
Clerk of the Court

Judi L. McNicholas
Deputy Clerk